AT ROANOKE, VA

AUG 22 2018

JULIA C DUDLEY, CLERK
BY: A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| MICHEAL DUCHELLE GREEN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:18-cv-00355 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| TIM TRENT, et al, | ) | By:   Glen E. Conrad |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22ⁿᵈ day of August, 2018.

                                                    /s/ Glen E. Conrad
                                                    Senior United States District Judge